**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HAROLD DISTRICT**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| THOMAS MARINONE ) | |
| ) | |
| DEBTOR ) | CASE NO. 15-21979 |
| _____ ) | |
| CONNECTICUT HOUSING FINANCE ) | |
| AUTHORITY ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| THOMAS MARINONE ) | DECEMBER 15, 2015 |
| JOHN J. O'NEIL, Chapter 7 Trustee ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of December 2015, in accordance with Rule 9014 of the Federal Rules of Bankruptcy Procedure, copies of the following documents were either served electronically or sent via U.S. mail to those parties listed on the attached Schedule A.

(1)   A copy of Connecticut Housing Finance Authority's Motion for Relief from Stay;

(2)   A copy of the Proposed Order; and

(3)   A copy of the Notice of Contested Matter Response Deadline.

Parties may access this filing through the Court's CM/ECF system.

Dated at Hartford, Connecticut on this the 15th day of December 2015.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE MOVANT
CONNECTICUT HOUSING FINANCE
AUTHORITY

By   /s/
  Michael S. Wrona
  Fed. Bar No. ct24105
  HALLORAN & SAGE LLP
  wrona@halloransage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## SCHEDULE A

Thomas Marinone
14 Lownds Drive
Windsor Locks, CT 06096
*Debtor*

Suzann L. Beckett, Esq.
Beckett Law LLC
543 Prospect Avenue
Hartford, CT 06105
*Debtor's Counsel*

John J. O'Neil
255 Main Street
Hartford, CT 06106
*Trustee*

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Bank of America
P.O. Box 982235
El Paso, TX 79998

CBNA
P.O. Box 6497
Sioux Falls, SD 57117

City of Middletown
245 Dekoven Drive
P.O. Box 1300
Middletown, CT 06457

Ann Walsh
15630 Laurel Dawn Drive
Fort Myers, FL 33912

Clearview FCU
8805 University Blvd.
Coraopolis, PA 15108

Cox Communications
P.O. Box 9001085
Louisville, KY 40290-1085

Credit Fist NA
6275 Eastland Road
Brookpark, OH 44142

Eversource
P.O. Box 650032
Dallas, TX 75265-0032

Associated Credit Services, Inc.
P.O. Box 5717
Westborough, MA 01581-5171

Convergent Outsourcing, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057

Sprint
P.O. Box 105243
Atlanta, GA 30348

Synch/Paypal Smart Con
P.O. Box 965005
Orlando, FL 32896

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105